# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0689
_____

NICHOLAS LIDDELL,

    Appellant,

    v.

EMERALD COAST UTILITIES
AUTHORITY,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.


May 8, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Isidro Manuel Garcia of Garcia Law Firm, P.A., West Palm Beach, for Appellant.

Cory Zadanosky and Lloyd Raymond Schwed of Schwed Kahle & Kress, P.A., Palm Beach Gardens, for Appellee.